# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2019 JAN -8 P 2: 12

US DISTRICT COURT
HARTFORD CT

Cynthia A. Keeler
                    Plaintiff,

        v.

Case No. 3.19cv42 KAD
(To be supplied by the Court)

Cigna
                    Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.    Plaintiff resides at the following location: 257 Chestnut Hill Road, Glastonbury, CT 06033

2.    Defendant(s) reside(s) at the following location [Attach additional sheets if more

space is required]: 900 Cottage Grove Road, Bloomfield, CT 06002

3.    This action is brought pursuant to [Check all spaces that apply to the type of

claim(s) you wish to assert against the Defendant(s)]:

☐    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
     seq., for employment discrimination on the basis of race, color, religion, sex, or
     national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
     2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
     and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☒    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
     et seq., for employment discrimination based upon age.  Jurisdiction is alleged
     pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is
     sought under 29 U.S.C. §§ 626(b) and (c) or  §§ 633a(b) and (c).

     My Year of Birth is: 1964

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). td.

4.   The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A)  ☐   Failure to hire me.  I was refused a job on the following date(s): ____

_____

(B)  ☒   Termination of my employment.  I was terminated from my employment on the following date: January 25, 2017 ____.

(C)  ☐   Failure to promote me.  I was refused a promotion on the following date(s): _____

(D)  ☒   Other acts as specified below: Retaliation for reporting a superior to the Cigna Ethics Hotline and working under a new supervisor who, in my belief, was threatened by my experience, exceptional reputation across the company, and ability to replace her as was the case with my previous supervisor.

_____

_____

5.      The conduct of the Defendant(s) was discriminatory because it was based upon: race [☐], color [☐], religion [☐], sex [☐], age [☐], national origin [☐] or disability [☒]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: Upon returning from a medical leave in July 2016, I informed my supervisor that my primary care physician requested that I not work overtime or be subjected to a stressful workload.

6.      The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

My conveyance of my PCP's recommedation (to not work overtime or be subjected to a stressful workload) via conference calls and emails with/to my immediate supervisor and director were directly ignored on multiple occasions. I was moved to a new team and new suite of applications and consultants to manage. I was expected to self-train during non-business hours, assigned inexperienced consultants, and, most importantly, assigned over 20 projects to successfully deliver within a 6-month timeframe. In my Cigna career as an Enterprise Test Manager from 2004 to 2016, I delivered 12 projects successfully - a span of 12 years. I, therefore, could not manage 20+ projects in 6 months without considerable weekly OT and stress - against my doctor's specific orders.

7.      The approximate number of persons who are employed by the Defendant employer I am suing is: 10,000+ .

8.      The alleged discrimination occurred on or about the following date(s) or time period: August 2016 (CMK) through January 2017.

9.    I filed charges with the:

☐       Equal Employment Opportunity Commission

☒       Connecticut Commission on Human Rights and Opportunities

10.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: <u>October 15, 2018</u> .

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

11.    The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: <u>My supervisor and director ignored the</u> <u>recommendations of my primary care physician and set me up for failure by assigning me an</u> <u>unmanageable workload, failure to properly train me, and appointing me an inexperienced and</u> <u>unqualified team to manage.</u>

12.    If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.    WHEREFORE, Plaintiff(s) pray(s) that: The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

☐       Injunctive orders (specify the type of injunctive relief sought): _____ _____;

☒       Backpay;

☐    Reinstatement to my former position;

☒    Monetary damages (specify the type(s) of monetary damages sought): __

Lost wages/stock options/bonus, insurance/med expenses, 401k contribs, mental anguish & distress.___;

    Other (specify the nature of any additional relief sought, not otherwise

    provided for on this form): _____

_____;

_____

    AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☒    DO NOT ☐   demand a trial by jury.

*Cynthia A Keeler*

_____    **Plaintiff's Original Signature**
Original signature of attorney (if any)

|   |   |
|---|---|
| ~~Printed Name and address~~ | *Cynthia A. Keeler, 257 Chestnut Hill Rd, Glastonbury, CT 06033* |
|   | ~~Printed Name and address~~ |
|   | Cynthia A. Keeler |

_____
257 Chestnut Hill Road, Glastonbury, CT 06033

( )           ( ) 860-681-5378
Attorney's telephone        Plaintiff's telephone

                      bustacakes@gmail.com
Email address if available    Email address if available

Dated: January 5, 2019____

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  257 Chestnut Hill Road, Glastonbury,  on  January 5, 2019 .

                (location)                       (date)

*Cynthia A. Keeler*

**Plaintiff's Original Signature**

(Rev. 3/23/16)

cc: US EEOC
Boston Area Office
JFK Fed Bldg
Gov't Center, Rm 475
Boston, MA 02203
Attn: Kenneth Feng An

6